**RAYMOND J. AAB**

ATTORNEY AT LAW
233 BROADWAY, SUITE 1800
NEW YORK, NEW YORK 10279
TEL (212) 406-1700  FAX (212) 406-2313
Email: rja120@msn.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2024
```

August 23, 2024

Hon. Gregory H. Woods
United States District Judge
590 Pearl Street
New York, N.Y. 10007

## MEMORANDUM ENDORSED

Re: U.S. v. Teamo Ebron
   Indict No.: 22 cr 522 (GHW)

Dear Judge Woods:

This respectfully requests that Mr. Ebron is permitted to travel the coming week, Monday August 26 – Thursday, August 29, to St. Thomas with his fiancée. Pre-trial services, Laura Ginalanella, consents to this request. The government has no objection.

Mr. Ebron is presently applying for entry in the Young Adults Opportunity Program, and it seems likely that he meets the standards for the program.

Respectfully,

/s/ RAYMOND J. AAB
Attorney for Teamo EWbron

cc:
All parties by ECF

Application granted. The conditions of the defendant's pretrial release are modified as follows: Mr. Ebron may travel to and from St. Thomas from August 26, 2024 through August 29, 2024. The defendant must provide his itinerary to his pretrial services officer. All other conditions of the defendant's pretrial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No 445.

SO ORDERED.
Dated: August 23, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge