```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                         :

UNITED STATES OF AMERICA,     :

                                                         :

         -v-                                         :          1:22-cr-522-GHW

                                                         :

TEAMO EBRON,                        :          <u>ORDER</u>

                                                Defendant. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On May 24, 2024, the Court ordered that any pretrial motions by Defendant must be filed no later than November 1, 2024. Dkt. No. 346. The Court scheduled a hearing date with respect to any such motions for January 7, 2025. *Id.*.

Defendant did not file any pretrial motions by the deadline established by the Court. No request was made to extend that deadline. The Court understands that there will be no such motions. As a result, there is no need for the hearing scheduled for January 7, 2025. That hearing is adjourned *sine die*.

SO ORDERED.

Dated: November 21, 2024
New York, New York

                                                                             _____
                                                                             GREGORY H. WOODS
                                                                       United States District Judge