```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
   UNITED STATES OF AMERICA,                                   :
                                                               :
                                                               :
               -v-                                             :        1:22-cr-522-GHW
                                                               :
                                                               :
   TEAMO EBRON                                                 :              ORDER
                                                               :
                                            Defendant.         :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/2024

GREGORY H. WOODS, United States District Judge:

On May 24, 2024, the Court scheduled a trial for Defendant Teamo Ebron and established deadlines for pretrial submissions in connection with that trial. Dkt. No. 346 (the "Scheduling Order"). The parties are reminded to review and comply with the Scheduling Order, in particular the deadlines for pretrial submissions, which will be due on January 13, 2025. *Id.* The Court does not expect to extend those deadlines, given that the Scheduling Order afforded the parties more than seven months to meet them.

SO ORDERED.

Dated: December 16, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge