```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                          :
                                                   :
            -against-                              :
                                                   :
TEAMO EBRON,                                       :        1:22-cr-522-GHW-17
                                                   :
                  Defendant.                       :        ORDER
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2025

GREGORY H. WOODS, United States District Judge:

    A proceeding in this matter will take place on January 22, 2025 at 9:00 a.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Ebron and his counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

    SO ORDERED.

Dated: January 21, 2025
New York, New York

                                                    GREGORY H. WOODS
                                              United States District Judge