UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   UNITED STATES OF AMERICA,

               -against-

   TEAMO EBRON,

                           Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2025

1:22-cr-522-GHW-17

ORDER

GREGORY H. WOODS, United States District Judge:

On May 24, 2024, the Court issued an order (the "Order") scheduling the trial of Teamo Ebron. Dkt. No. 346. Because Mr. Ebron has entered a guilty plea, the trial scheduled to commence on Monday, March 17, 2025 at 9:00 a.m and the final pretrial conference scheduled for February 13, 2025 at 10:00 a.m. are adjourned *sine die*.

    SO ORDERED.

Dated: February 7, 2025
New York, New York

                                                         GREGORY H. WOODS
                                           United States District Judge